## UNITED STATES *v.* LOUISIANA ET AL.
## (LOUISIANA BOUNDARY CASE)

No. 9, Orig. Decided May 31, 1960—Final Decree Entered December 12, 1960—Supplemental Decrees Entered December 13, 1965, December 20, 1971, and October 16, 1972

### Supplemental Decree

For the purpose of giving effect to the conclusions of this Court as stated in its opinion, announced May 31, 1960, 363 U. S. 1, and other opinions or decrees entered by this Court on December 12, 1960, 364 U. S. 502; on December 13, 1965, 382 U. S. 288; on March 3, 1969, 394 U. S. 11; and on December 20, 1971, No. 9, Original, 404 U. S. 388.

IT IS ORDERED, ADJUDGED AND DECREED:

1. With the exceptions provided by § 5 of the Submerged Lands Act, 67 Stat. 32, 43 U. S. C. § 1313 (1964 ed.), the State of Louisiana is entitled, as against the United States, to all the lands, minerals and other natural

17

resources lying more than one foot landward of the lines described in paragraph 2 hereof and seaward of the ordinary low-water mark on the Louisiana shore, provided that the United States is not hereby required to relinquish any monies presently held by it for offset purposes solely in connection with accounting problems which have heretofore been deferred by the parties pending resolution of the larger disputes between them, without prejudice to the right of the State of Louisiana to contest either the substance of the United States's offset claims or its right to withhold monies in connection with them.

2. The lines referred to in paragraph 1 hereof are described by coordinates in the Louisiana Plane Coordinate System, South Zone, in two segments, as follows:

### Segment I

South and west of the Mississippi-Louisiana border to grid line Y = 158695, north of West Bay,

| | X | Y |
| --- | --- | --- |
| BEGINNING AT | 2769357 | 575650 |
| BY STRAIGHT LINE TO | 2790258 | 526390 |
| BY ARC CENTERED AT | 2779032 | 512013 |
| TO | 2791385 | 525434 |
| BY STRAIGHT LINE TO | 2793119 | 523838 |
| BY ARC CENTERED AT | 2780766 | 510417 |
| TO | 2794594 | 522313 |
| BY STRAIGHT LINE TO | 2795887 | 520810 |
| BY ARC CENTERED AT | 2782059 | 508914 |
| TO | 2796579 | 519954 |
| BY STRAIGHT LINE TO | 2799209 | 516495 |
| BY ARC CENTERED AT | 2784689 | 505455 |
| TO | 2800441 | 514653 |
| BY STRAIGHT LINE TO | 2804270 | 508096 |
| BY ARC CENTERED AT | 2788518 | 498898 |
| TO | 2804495 | 507699 |
| BY STRAIGHT LINE TO | 2806028 | 504916 |
| BY ARC CENTERED AT | 2790051 | 496115 |
| TO | 2807014 | 502822 |
| BY STRAIGHT LINE TO | 2808653 | 498677 |
| BY ARC CENTERED AT | 2791690 | 491970 |
| TO | 2809151 | 497245 |

| | X | Y |
|---|---|---|
| BY STRAIGHT LINE TO .......... | 2812250 ...... | 486987 ...... |
| BY ARC CENTERED AT ......... | 2794789 ...... | 481712 ...... |
| TO ................................ | 2812519 ...... | 485996 ...... |
| BY STRAIGHT LINE TO .......... | 2813932 ...... | 480148 ...... |
| BY ARC CENTERED AT .......... | 2796202 ...... | 475864 ...... |
| TO ................................ | 2814262 ...... | 478425 ...... |
| BY STRAIGHT LINE TO .......... | 2815269 ...... | 471324 ...... |
| BY ARC CENTERED AT .......... | 2797209 ...... | 468763 ...... |
| TO ................................ | 2815426 ...... | 469688 ...... |
| BY STRAIGHT LINE TO .......... | 2815673 ...... | 464823 ...... |
| BY ARC CENTERED AT .......... | 2797456 ...... | 463898 ...... |
| TO ................................ | 2815697 ...... | 463895 ...... |
| BY STRAIGHT LINE TO .......... | 2815696 ...... | 458116 ...... |
| BY ARC CENTERED AT .......... | 2797455 ...... | 458119 ...... |
| TO ................................ | 2815657 ...... | 456928 ...... |
| BY STRAIGHT LINE TO .......... | 2815269 ...... | 450999 ...... |
| BY ARC CENTERED AT .......... | 2797067 ...... | 452190 ...... |
| TO ................................ | 2815171 ...... | 449960 ...... |
| BY STRAIGHT LINE TO .......... | 2813957 ...... | 440103 ...... |
| BY ARC CENTERED AT .......... | 2795853 ...... | 442333 ...... |
| TO ................................ | 2813809 ...... | 439123 ...... |
| BY STRAIGHT LINE TO .......... | 2812678 ...... | 432796 ...... |
| BY ARC CENTERED AT .......... | 2794722 ...... | 436006 ...... |
| TO ................................ | 2812419 ...... | 431584 ...... |
| BY STRAIGHT LINE TO .......... | 2810957 ...... | 425733 ...... |
| BY ARC CENTERED AT .......... | 2793260 ...... | 430155 ...... |
| TO ................................ | 2810699 ...... | 424807 ...... |
| BY STRAIGHT LINE TO .......... | 2807854 ...... | 415530 ...... |
| BY ARC CENTERED AT .......... | 2790415 ...... | 420878 ...... |
| TO ................................ | 2807572 ...... | 414684 ...... |
| BY STRAIGHT LINE TO .......... | 2805322 ...... | 408452 ...... |
| BY ARC CENTERED AT .......... | 2788165 ...... | 414646 ...... |
| TO ................................ | 2805227 ...... | 408196 ...... |
| BY STRAIGHT LINE TO .......... | 2803786 ...... | 404384 ...... |
| BY ARC CENTERED AT .......... | 2786724 ...... | 410834 ...... |
| TO ................................ | 2803319 ...... | 403263 ...... |
| BY STRAIGHT LINE TO .......... | 2799845 ...... | 395648 ...... |
| BY ARC CENTERED AT .......... | 2783250 ...... | 403219 ...... |
| TO ................................ | 2798971 ...... | 393968 ...... |
| BY STRAIGHT LINE TO .......... | 2795394 ...... | 387889 ...... |
| BY ARC CENTERED AT .......... | 2779673 ...... | 397140 ...... |
| TO ................................ | 2795311 ...... | 387750 ...... |
| BY STRAIGHT LINE TO .......... | 2793560 ...... | 384834 ...... |
| BY ARC CENTERED AT .......... | 2777922 ...... | 394224 ...... |
| TO ................................ | 2792249 ...... | 382934 ...... |
| BY STRAIGHT LINE TO .......... | 2790814 ...... | 381113 ...... |
| BY ARC CENTERED AT .......... | 2776487 ...... | 392403 ...... |
| TO ................................ | 2789360 ...... | 379480 ...... |

| | **X** | **Y** |
|---|---|---|
| BY ARC CENTERED AT .......... | 2774670 ...... | 390293 ...... |
| TO .................................... | 2788262 ...... | 378129 ...... |
| BY STRAIGHT LINE TO .......... | 2786553 ...... | 375045 ...... |
| BY ARC CENTERED AT .......... | 2770599 ...... | 383887 ...... |
| TO .................................... | 2785045 ...... | 372750 ...... |
| BY STRAIGHT LINE TO .......... | 2783942 ...... | 371319 ...... |
| BY STRAIGHT LINE TO .......... | 2783792 ...... | 371062 ...... |
| BY ARC CENTERED AT .......... | 2768031 ...... | 380244 ...... |
| TO .................................... | 2780548 ...... | 366976 ...... |
| BY STRAIGHT LINE TO .......... | 2775735 ...... | 360553 ...... |
| BY ARC CENTERED AT .......... | 2761138 ...... | 371491 ...... |
| TO .................................... | 2775111 ...... | 359766 ...... |
| BY STRAIGHT LINE TO .......... | 2773031 ...... | 357287 ...... |
| BY ARC CENTERED AT .......... | 2757465 ...... | 366796 ...... |
| TO .................................... | 2771721 ...... | 355417 ...... |
| BY STRAIGHT LINE TO .......... | 2770633 ...... | 354054 ...... |
| BY STRAIGHT LINE TO .......... | 2770505 ...... | 353847 ...... |
| BY ARC CENTERED AT .......... | 2755015 ...... | 363480 ...... |
| TO .................................... | 2767788 ...... | 350458 ...... |
| BY STRAIGHT LINE TO .......... | 2761994 ...... | 344775 ...... |
| BY ARC CENTERED AT .......... | 2749221 ...... | 357797 ...... |
| TO .................................... | 2760703 ...... | 343624 ...... |
| BY STRAIGHT LINE TO .......... | 2757791 ...... | 341265 ...... |
| BY ARC CENTERED AT .......... | 2746309 ...... | 355438 ...... |
| TO .................................... | 2756022 ...... | 339999 ...... |
| BY STRAIGHT LINE TO .......... | 2754136 ...... | 338812 ...... |
| BY STRAIGHT LINE TO .......... | 2742173 ...... | 323079 ...... |
| BY ARC CENTERED AT .......... | 2727653 ...... | 334120 ...... |
| TO .................................... | 2741983 ...... | 322834 ...... |
| BY STRAIGHT LINE TO .......... | 2741182 ...... | 321817 ...... |
| BY ARC CENTERED AT .......... | 2726852 ...... | 333103 ...... |
| TO .................................... | 2738042 ...... | 318698 ...... |
| BY STRAIGHT LINE TO .......... | 2736381 ...... | 317408 ...... |
| BY STRAIGHT LINE TO .......... | 2736060 ...... | 316935 ...... |
| BY STRAIGHT LINE TO .......... | 2732627 ...... | 311249 ...... |
| BY ARC CENTERED AT .......... | 2717012 ...... | 320677 ...... |
| TO .................................... | 2731416 ...... | 309486 ...... |
| BY STRAIGHT LINE TO .......... | 2729640 ...... | 307200 ...... |
| BY ARC CENTERED AT .......... | 2715236 ...... | 318391 ...... |
| TO .................................... | 2728702 ...... | 306088 ...... |
| BY STRAIGHT LINE TO .......... | 2728099 ...... | 305428 ...... |
| BY ARC CENTERED AT .......... | 2714633 ...... | 317731 ...... |
| TO .................................... | 2725197 ...... | 302861 ...... |
| BY STRAIGHT LINE TO .......... | 2723888 ...... | 301931 ...... |
| BY ARC CENTERED AT .......... | 2713324 ...... | 316801 ...... |
| TO .................................... | 2720770 ...... | 300149 ...... |
| BY STRAIGHT LINE TO .......... | 2719218 ...... | 299455 ...... |
| BY ARC CENTERED AT .......... | 2711772 ...... | 316107 ...... |

| | X | Y | |
|---|---|---|---|
| TO .................................. | 2714238 | 298034 | ...... |
| BY STRAIGHT LINE TO .......... | 2704480 | 294684 | ...... |
| BY STRAIGHT LINE TO .......... | 2704099 | 293666 | ...... |
| BY ARC CENTERED AT .......... | 2687014 | 300054 | ...... |
| TO .................................. | 2701338 | 288761 | ...... |
| BY STRAIGHT LINE TO .......... | 2699382 | 286280 | ...... |
| BY ARC CENTERED AT .......... | 2685058 | 297573 | ...... |
| TO .................................. | 2697436 | 284175 | ...... |
| BY STRAIGHT LINE TO .......... | 2699302 | 266715 | ...... |
| BY ARC CENTERED AT .......... | 2688235 | 252215 | ...... |
| TO .................................. | 2704468 | 260534 | ...... |
| BY ARC CENTERED AT .......... | 2689305 | 250395 | ...... |
| TO .................................. | 2707507 | 251577 | ...... |
| BY ARC CENTERED AT .......... | 2700735 | 234640 | ...... |
| TO .................................. | 2717908 | 240788 | ...... |
| BY ARC CENTERED AT .......... | 2701500 | 232820 | ...... |
| TO .................................. | 2719022 | 237890 | ...... |
| BY ARC CENTERED AT .......... | 2707635 | 223640 | ...... |
| TO .................................. | 2721632 | 235337 | ...... |
| BY STRAIGHT LINE TO .......... | 2736873 | 228413 | ...... |
| BY ARC CENTERED AT .......... | 2738320 | 210230 | ...... |
| TO .................................. | 2745585 | 226961 | ...... |
| BY ARC CENTERED AT .......... | 2738938 | 209975 | ...... |
| TO .................................. | 2749646 | 224742 | ...... |
| BY ARC CENTERED AT .......... | 2750755 | 206535 | ...... |
| TO .................................. | 2759837 | 222354 | ...... |
| BY ARC CENTERED AT .......... | 2755325 | 204680 | ...... |
| TO .................................. | 2773229 | 201192 | ...... |
| BY ARC CENTERED AT .......... | 2755178 | 203815 | ...... |
| TO .................................. | 2770763 | 194337 | ...... |
| BY ARC CENTERED AT .......... | 2754100 | 186915 | ...... |
| TO .................................. | 2771780 | 191404 | ...... |
| BY ARC CENTERED AT .......... | 2754263 | 186316 | ...... |
| TO .................................. | 2772100 | 182502 | ...... |
| BY ARC CENTERED AT .......... | 2753885 | 183460 | ...... |
| TO .................................. | 2765449 | 169354 | ...... |
| BY ARC CENTERED AT .......... | 2752470 | 182170 | ...... |
| TO .................................. | 2761213 | 166161 | ...... |
| BY ARC CENTERED AT .......... | 2751045 | 181305 | ...... |
| TO .................................. | 2752202 | 163101 | ...... |
| BY ARC CENTERED AT .......... | 2750586 | 181270 | ...... |
| TO .................................. | 2749611 | 163055 | ...... |
| BY ARC CENTERED AT .......... | 2736662 | 175902 | ...... |
| TO .................................. | 2748316 | 161869 | ...... |
| BY ARC CENTERED AT .......... | 2734720 | 174030 | ...... |
| TO .................................. | 2747824 | 161341 | ...... |
| BY STRAIGHT LINE TO .......... | 2746249 | 159715 | ...... |
| BY ARC CENTERED AT .......... | 2728153 | 162005 | ...... |

| | | X | Y | |
|---|---|---|---|---|
| TO | ................................. | 2746094 | 158715 | ...... |
| BY STRAIGHT LINE TO | .......... | 2745156 | 153600 | ...... |
| BY ARC CENTERED AT | .......... | 2727215 | 156890 | ...... |
| TO | ................................. | 2745054 | 153083 | ...... |
| BY ARC CENTERED AT | .......... | 2726951 | 150846 | ...... |
| TO | ................................. | 2743622 | 143444 | ...... |
| BY ARC CENTERED AT | .......... | 2726105 | 148530 | ...... |
| TO | ................................. | 2731258 | 131033 | ...... |
| BY STRAIGHT LINE TO | .......... | 2716731 | 112786 | ...... |
| BY ARC CENTERED AT | .......... | 2702461 | 124148 | ...... |
| TO | ................................. | 2716719 | 112772 | ...... |
| BY ARC CENTERED AT | .......... | 2699435 | 118600 | ...... |
| TO | ................................. | 2710698 | 104252 | ...... |
| BY ARC CENTERED AT | .......... | 2697850 | 117200 | ...... |
| TO | ................................. | 2683320 | 106173 | ...... |
| BY STRAIGHT LINE TO | .......... | 2682980 | 106621 | ...... |
| BY ARC CENTERED AT | .......... | 2697510 | 117648 | ...... |
| TO | ................................. | 2679799 | 113283 | ...... |
| BY STRAIGHT LINE TO | .......... | 2679589 | 114135 | ...... |
| BY ARC CENTERED AT | .......... | 2697300 | 118500 | ...... |
| TO | ................................. | 2679155 | 116635 | ...... |
| BY ARC CENTERED AT | .......... | 2685325 | 133800 | ...... |
| TO | ................................. | 2670977 | 122536 | ...... |
| BY STRAIGHT LINE TO | .......... | 2670552 | 122781 | ...... |
| BY STRAIGHT LINE TO | .......... | 2666743 | 124295 | ...... |
| BY ARC CENTERED AT | .......... | 2673482 | 141245 | ...... |
| TO | ................................. | 2665719 | 124739 | ...... |
| BY ARC CENTERED AT | .......... | 2672315 | 141745 | ...... |
| TO | ................................. | 2661428 | 127109 | ...... |
| BY ARC CENTERED AT | .......... | 2644940 | 134910 | ...... |
| TO | ................................. | 2660589 | 125539 | ...... |
| BY STRAIGHT LINE TO | .......... | 2657484 | 120354 | ...... |
| BY ARC CENTERED AT | .......... | 2641835 | 129725 | ...... |
| TO | ................................. | 2656150 | 118421 | ...... |
| BY STRAIGHT LINE TO | .......... | 2653860 | 115521 | ...... |
| BY ARC CENTERED AT | .......... | 2639545 | 126825 | ...... |
| TO | ................................. | 2648682 | 111038 | ...... |
| BY STRAIGHT LINE TO | .......... | 2648610 | 110974 | ...... |
| BY STRAIGHT LINE TO | .......... | 2648531 | 110887 | ...... |
| BY STRAIGHT LINE TO | .......... | 2646419 | 107265 | ...... |
| BY ARC CENTERED AT | .......... | 2630660 | 116450 | ...... |
| TO | ................................. | 2646250 | 106981 | ...... |
| BY STRAIGHT LINE TO | .......... | 2644270 | 103721 | ...... |
| BY ARC CENTERED AT | .......... | 2628680 | 113190 | ...... |
| TO | ................................. | 2642494 | 101278 | ...... |
| BY STRAIGHT LINE TO | .......... | 2640182 | 98597 | ...... |
| BY ARC CENTERED AT | .......... | 2624995 | 108700 | ...... |
| TO | ................................. | 2638408 | 96339 | ...... |

| | X | Y | |
|---|---|---|---|
| BY STRAIGHT LINE TO .......... | 2638210 | 96123 | ...... |
| BY STRAIGHT LINE TO .......... | 2637530 | 95377 | ...... |
| BY ARC CENTERED AT .......... | 2624045 | 107660 | ...... |
| TO ................................. | 2637471 | 95312 | ...... |
| BY STRAIGHT LINE TO .......... | 2635351 | 93007 | ...... |
| BY ARC CENTERED AT .......... | 2621925 | 105355 | ...... |
| TO ................................. | 2634923 | 92558 | ...... |
| BY STRAIGHT LINE TO .......... | 2633653 | 91268 | ...... |
| BY ARC CENTERED AT .......... | 2620655 | 104065 | ...... |
| TO ................................. | 2631973 | 89760 | ...... |
| BY STRAIGHT LINE TO .......... | 2631344 | 89262 | ...... |
| BY STRAIGHT LINE TO .......... | 2630156 | 87770 | ...... |
| BY ARC CENTERED AT .......... | 2615885 | 99131 | ...... |
| TO ................................. | 2630068 | 87661 | ...... |
| BY STRAIGHT LINE TO .......... | 2629389 | 86821 | ...... |
| BY STRAIGHT LINE TO .......... | 2626027 | 82661 | ...... |
| BY STRAIGHT LINE TO .......... | 2624340 | 80576 | ...... |
| BY ARC CENTERED AT .......... | 2610160 | 92050 | ...... |
| TO ................................. | 2621555 | 77806 | ...... |
| BY STRAIGHT LINE TO .......... | 2621180 | 77506 | ...... |
| BY ARC CENTERED AT .......... | 2609785 | 91750 | ...... |
| TO ................................. | 2617996 | 75462 | ...... |
| BY STRAIGHT LINE TO .......... | 2617391 | 75157 | ...... |
| BY ARC CENTERED AT .......... | 2609180 | 91445 | ...... |
| TO ................................. | 2597416 | 77505 | ...... |
| BY STRAIGHT LINE TO .......... | 2595526 | 79100 | ...... |
| BY ARC CENTERED AT .......... | 2607290 | 93040 | ...... |
| TO ................................. | 2589664 | 97736 | ...... |
| BY ARC CENTERED AT .......... | 2607455 | 93710 | ...... |
| TO ................................. | 2591541 | 102625 | ...... |
| BY STRAIGHT LINE TO .......... | 2592751 | 104785 | ...... |
| BY ARC CENTERED AT .......... | 2608665 | 95870 | ...... |
| TO ................................. | 2593838 | 106495 | ...... |
| BY STRAIGHT LINE TO .......... | 2595167 | 108350 | ...... |
| BY STRAIGHT LINE TO .......... | 2596041 | 109955 | ...... |
| BY ARC CENTERED AT .......... | 2614270 | 110615 | ...... |
| TO ................................. | 2597233 | 117130 | ...... |
| BY STRAIGHT LINE TO .......... | 2597210 | 155899 | ...... |
| BY ARC CENTERED AT .......... | 2614790 | 160765 | ...... |
| TO ................................. | 2596949 | 156969 | ...... |
| BY STRAIGHT LINE TO .......... | 2596342 | 158695 | ...... |
| BY STRAIGHT LINE TO SHORE AT | 2615450 | 157770 | ...... |

## SEGMENT II

From the vicinity of Bayou Goreau to the vicinity

of Sabine Pass, west of grid line X = 2082361 and
east of the Texas-Louisiana border,

| | X | Y | |
|---|---|---|---|
| BEGINNING AT .................... | 2082361 | 169358 | ...... |
| BY STRAIGHT LINE TO .......... | 2081470 | 169553 | ...... |
| BY ARC CENTERED AT .......... | 2085370 | 187372 | ...... |
| TO ................................... | 2076984 | 171174 | ...... |
| BY ARC CENTERED AT .......... | 2077417 | 189409 | ...... |
| TO ................................... | 2071846 | 172040 | ...... |
| BY STRAIGHT LINE TO .......... | 2070630 | 172430 | ...... |
| BY ARC CENTERED AT .......... | 2076201 | 189799 | ...... |
| TO ................................... | 2064747 | 175603 | ...... |
| BY STRAIGHT LINE TO .......... | 2063841 | 176334 | ...... |
| BY ARC CENTERED AT .......... | 2075295 | 190530 | ...... |
| TO ................................... | 2059951 | 180668 | ...... |
| BY ARC CENTERED AT .......... | 2071131 | 195080 | ...... |
| TO ................................... | 2058843 | 181599 | ...... |
| BY ARC CENTERED AT .......... | 2062055 | 199555 | ...... |
| TO ................................... | 2057134 | 181991 | ...... |
| BY STRAIGHT LINE TO .......... | 2053779 | 182931 | ...... |
| BY ARC CENTERED AT .......... | 2058700 | 200495 | ...... |
| TO ................................... | 2053474 | 183019 | ...... |
| BY STRAIGHT LINE TO .......... | 2052967 | 183053 | ...... |
| BY STRAIGHT LINE TO .......... | 2051871 | 183006 | ...... |
| BY ARC CENTERED AT .......... | 2051090 | 201230 | ...... |
| TO ................................... | 2050845 | 182991 | ...... |
| BY STRAIGHT LINE TO .......... | 2048985 | 183016 | ...... |
| BY ARC CENTERED AT .......... | 2049230 | 201255 | ...... |
| TO ................................... | 2048033 | 183054 | ...... |
| BY STRAIGHT LINE TO .......... | 2044865 | 183262 | ...... |
| BY STRAIGHT LINE TO .......... | 2041482 | 183446 | ...... |
| BY ARC CENTERED AT .......... | 2042475 | 201660 | ...... |
| TO ................................... | 2037472 | 184119 | ...... |
| BY STRAIGHT LINE TO .......... | 2033139 | 185355 | ...... |
| BY STRAIGHT LINE TO .......... | 2032934 | 185387 | ...... |
| BY ARC CENTERED AT .......... | 2035775 | 203405 | ...... |
| TO ................................... | 2029791 | 186174 | ...... |
| BY STRAIGHT LINE TO .......... | 2027401 | 187004 | ...... |
| BY ARC CENTERED AT .......... | 2033385 | 204235 | ...... |
| TO ................................... | 2026834 | 187211 | ...... |
| BY STRAIGHT LINE TO .......... | 2023510 | 188491 | ...... |
| BY STRAIGHT LINE TO .......... | 2020959 | 189327 | ...... |
| BY ARC CENTERED AT .......... | 2026640 | 206660 | ...... |
| TO ................................... | 2019190 | 190010 | ...... |
| BY STRAIGHT LINE TO .......... | 2016613 | 191163 | ...... |
| BY STRAIGHT LINE TO .......... | 2015796 | 191414 | ...... |
| BY ARC CENTERED AT .......... | 2021155 | 208850 | ...... |

| | X | Y |
|---|---|---|
| TO ................................. | 2013823 ...... | 192148 ...... |
| BY STRAIGHT LINE TO ......... | 2010121 ...... | 193773 ...... |
| BY ARC CENTERED AT ......... | 2017453 ...... | 210475 ...... |
| TO ................................. | 2007660 ...... | 195086 ...... |
| BY STRAIGHT LINE TO ......... | 2006450 ...... | 195856 ...... |
| BY ARC CENTERED AT ......... | 2016243 ...... | 211245 ...... |
| TO ................................. | 2002812 ...... | 198903 ...... |
| BY STRAIGHT LINE TO ......... | 2001329 ...... | 200516 ...... |
| BY STRAIGHT LINE TO ......... | 1998627 ...... | 203119 ...... |
| BY STRAIGHT LINE TO ......... | 1996877 ...... | 204647 ...... |
| BY ARC CENTERED AT ......... | 2008873 ...... | 218388 ...... |
| TO ................................. | 1994484 ...... | 207177 ...... |
| BY STRAIGHT LINE TO ......... | 1993669 ...... | 208223 ...... |
| BY ARC CENTERED AT ......... | 2008058 ...... | 219434 ...... |
| TO ................................. | 1992024 ...... | 210737 ...... |
| BY STRAIGHT LINE TO ......... | 1991723 ...... | 211291 ...... |
| BY STRAIGHT LINE TO ......... | 1991392 ...... | 211653 ...... |
| BY STRAIGHT LINE TO ......... | 1987527 ...... | 215292 ...... |
| BY ARC CENTERED AT ......... | 2000030 ...... | 228573 ...... |
| TO ................................. | 1985881 ...... | 217061 ...... |
| BY STRAIGHT LINE TO ......... | 1984419 ...... | 218858 ...... |
| BY ARC CENTERED AT ......... | 1998568 ...... | 230370 ...... |
| TO ................................. | 1982726 ...... | 221329 ...... |
| BY STRAIGHT LINE TO ......... | 1981279 ...... | 223864 ...... |
| BY ARC CENTERED AT ......... | 1987818 ...... | 240892 ...... |
| TO ................................. | 1975782 ...... | 227186 ...... |
| BY ARC CENTERED AT ......... | 1987371 ...... | 241272 ...... |
| TO ................................. | 1972054 ...... | 231367 ...... |
| BY STRAIGHT LINE TO ......... | 1937446 ...... | 246505 ...... |
| BY ARC CENTERED AT ......... | 1933172 ...... | 264238 ...... |
| TO ................................. | 1920501 ...... | 251117 ...... |
| BY ARC CENTERED AT ......... | 1924399 ...... | 268936 ...... |
| TO ................................. | 1916888 ...... | 252314 ...... |
| BY ARC CENTERED AT ......... | 1914373 ...... | 270380 ...... |
| TO ................................. | 1900989 ...... | 257987 ...... |
| BY ARC CENTERED AT ......... | 1896827 ...... | 275747 ...... |
| TO ................................. | 1895100 ...... | 257588 ...... |
| BY ARC CENTERED AT ......... | 1882306 ...... | 270590 ...... |
| TO ................................. | 1867537 ...... | 259884 ...... |
| BY ARC CENTERED AT ......... | 1872418 ...... | 277460 ...... |
| TO ................................. | 1858534 ...... | 265630 ...... |
| BY ARC CENTERED AT ......... | 1843467 ...... | 275912 ...... |
| TO ................................. | 1848729 ...... | 258447 ...... |
| BY ARC CENTERED AT ......... | 1835344 ...... | 270839 ...... |
| TO ................................. | 1841538 ...... | 253682 ...... |
| BY ARC CENTERED AT ......... | 1834019 ...... | 270301 ...... |
| TO ................................. | 1817077 ...... | 263541 ...... |
| BY ARC CENTERED AT ......... | 1833527 ...... | 271423 ...... |

| | X | Y | |
|---|---|---|---|
| TO ............................... | 1815531 | 274401 | ...... |
| BY ARC CENTERED AT .......... | 1820994 | 291804 | ...... |
| TO ............................... | 1808997 | 278064 | ...... |
| BY ARC CENTERED AT .......... | 1809845 | 296285 | ...... |
| TO ............................... | 1792971 | 289357 | ...... |
| BY ARC CENTERED AT .......... | 1791584 | 307545 | ...... |
| TO ............................... | 1773422 | 305849 | ...... |
| BY ARC CENTERED AT .......... | 1783067 | 321331 | ...... |
| TO ............................... | 1771284 | 307407 | ...... |
| BY ARC CENTERED AT .......... | 1782391 | 321876 | ...... |
| TO ............................... | 1769317 | 309156 | ...... |
| BY ARC CENTERED AT .......... | 1778769 | 324757 | ...... |
| TO ............................... | 1763172 | 315299 | ...... |
| BY ARC CENTERED AT .......... | 1763190 | 333540 | ...... |
| TO ............................... | 1762008 | 315338 | ...... |
| BY STRAIGHT LINE TO .......... | 1761238 | 315388 | ...... |
| BY ARC CENTERED AT .......... | 1762420 | 333590 | ...... |
| TO ............................... | 1761004 | 315404 | ...... |
| BY ARC CENTERED AT .......... | 1758630 | 333490 | ...... |
| TO ............................... | 1751585 | 316665 | ...... |
| BY STRAIGHT LINE TO .......... | 1749527 | 316597 | ...... |
| BY STRAIGHT LINE TO .......... | 1745678 | 316238 | ...... |
| BY STRAIGHT LINE TO .......... | 1741757 | 315745 | ...... |
| BY STRAIGHT LINE TO .......... | 1738098 | 314155 | ...... |
| BY ARC CENTERED AT .......... | 1730831 | 330886 | ...... |
| TO ............................... | 1737269 | 313819 | ...... |
| BY STRAIGHT LINE TO .......... | 1733962 | 312572 | ...... |
| BY STRAIGHT LINE TO .......... | 1733065 | 312110 | ...... |
| BY ARC CENTERED AT .......... | 1724713 | 328326 | ...... |
| TO ............................... | 1729983 | 310863 | ...... |
| BY STRAIGHT LINE TO .......... | 1729557 | 310735 | ...... |
| BY STRAIGHT LINE TO .......... | 1727510 | 309315 | ...... |
| BY ARC CENTERED AT .......... | 1717114 | 324303 | ...... |
| TO ............................... | 1726647 | 308752 | ...... |
| BY STRAIGHT LINE TO .......... | 1721463 | 305574 | ...... |
| BY STRAIGHT LINE TO .......... | 1721351 | 305467 | ...... |
| BY ARC CENTERED AT .......... | 1708756 | 318661 | ...... |
| TO ............................... | 1715565 | 301739 | ...... |
| BY STRAIGHT LINE TO .......... | 1713599 | 300948 | ...... |
| BY ARC CENTERED AT .......... | 1706790 | 317870 | ...... |
| TO ............................... | 1711471 | 300240 | ...... |
| BY STRAIGHT LINE TO .......... | 1707761 | 299255 | ...... |
| BY ARC CENTERED AT .......... | 1703080 | 316885 | ...... |
| TO ............................... | 1706765 | 299020 | ...... |
| BY STRAIGHT LINE TO .......... | 1704365 | 298525 | ...... |
| BY ARC CENTERED AT .......... | 1700680 | 316390 | ...... |
| TO ............................... | 1702465 | 298237 | ...... |
| BY STRAIGHT LINE TO .......... | 1698144 | 297812 | ...... |

| | X | Y | |
|---|---|---|---|
| BY ARC CENTERED AT .......... | 1696359 | 315965 | ...... |
| TO ............................. | 1696239 | 297725 | ...... |
| BY STRAIGHT LINE TO .......... | 1692448 | 297750 | ...... |
| BY ARC CENTERED AT .......... | 1692568 | 315990 | ...... |
| TO ............................. | 1691302 | 297793 | ...... |
| BY STRAIGHT LINE TO .......... | 1688714 | 297973 | ...... |
| BY ARC CENTERED AT .......... | 1689980 | 316170 | ...... |
| TO ............................. | 1687709 | 298071 | ...... |
| BY STRAIGHT LINE TO .......... | 1684999 | 298411 | ...... |
| BY ARC CENTERED AT .......... | 1687270 | 316510 | ...... |
| TO ............................. | 1683393 | 298686 | ...... |
| BY STRAIGHT LINE TO .......... | 1674668 | 300584 | ...... |
| BY ARC CENTERED AT .......... | 1678545 | 318408 | ...... |
| TO ............................. | 1674182 | 300697 | ...... |
| BY STRAIGHT LINE TO .......... | 1670983 | 301485 | ...... |
| BY ARC CENTERED AT .......... | 1675346 | 319196 | ...... |
| TO ............................. | 1670472 | 301619 | ...... |
| BY STRAIGHT LINE TO .......... | 1666144 | 302819 | ...... |
| BY ARC CENTERED AT .......... | 1671018 | 320396 | ...... |
| TO ............................. | 1665216 | 303103 | ...... |
| BY STRAIGHT LINE TO .......... | 1663698 | 303612 | ...... |
| BY STRAIGHT LINE TO .......... | 1662427 | 303960 | ...... |
| BY STRAIGHT LINE TO .......... | 1661678 | 304151 | ...... |
| BY STRAIGHT LINE TO .......... | 1659494 | 304616 | ...... |
| BY ARC CENTERED AT .......... | 1663290 | 322457 | ...... |
| TO ............................. | 1659476 | 304620 | ...... |
| BY STRAIGHT LINE TO .......... | 1658120 | 304910 | ...... |
| BY ARC CENTERED AT .......... | 1658887 | 323134 | ...... |
| TO ............................. | 1656354 | 305070 | ...... |
| BY ARC CENTERED AT .......... | 1655896 | 323305 | ...... |
| TO ............................. | 1652650 | 305356 | ...... |
| BY STRAIGHT LINE TO .......... | 1650184 | 305802 | ...... |
| BY ARC CENTERED AT .......... | 1653430 | 323751 | ...... |
| TO ............................. | 1648635 | 306152 | ...... |
| BY STRAIGHT LINE TO .......... | 1647051 | 306584 | ...... |
| BY ARC CENTERED AT .......... | 1649308 | 324684 | ...... |
| TO ............................. | 1643681 | 307333 | ...... |
| BY STRAIGHT LINE TO .......... | 1636292 | 308607 | ...... |
| BY STRAIGHT LINE TO .......... | 1627130 | 309807 | ...... |
| BY STRAIGHT LINE TO .......... | 1620757 | 310390 | ...... |
| BY ARC CENTERED AT .......... | 1622420 | 328555 | ...... |
| TO ............................. | 1619895 | 310490 | ...... |
| BY STRAIGHT LINE TO .......... | 1614565 | 311235 | ...... |
| BY ARC CENTERED AT .......... | 1617090 | 329300 | ...... |
| TO ............................. | 1613148 | 311491 | ...... |
| BY STRAIGHT LINE TO .......... | 1611814 | 311591 | ...... |
| BY ARC CENTERED AT .......... | 1613190 | 329780 | ...... |
| TO ............................. | 1609960 | 311828 | ...... |

| | X | Y | |
|---|---|---|---|
| BY STRAIGHT LINE TO .......... | 1606070 | 312528 | ...... |
| BY ARC CENTERED AT .......... | 1609300 | 330480 | ...... |
| TO ................................... | 1604702 | 312829 | ...... |
| BY STRAIGHT LINE TO .......... | 1604290 | 312866 | ...... |
| BY ARC CENTERED AT .......... | 1605965 | 331030 | ...... |
| TO ................................... | 1601325 | 313389 | ...... |
| BY STRAIGHT LINE TO .......... | 1601195 | 313403 | ...... |
| BY ARC CENTERED AT .......... | 1603140 | 331540 | ...... |
| TO ................................... | 1598672 | 313855 | ...... |
| BY STRAIGHT LINE TO .......... | 1596370 | 314437 | ...... |
| BY STRAIGHT LINE TO .......... | 1596179 | 314483 | ...... |
| BY STRAIGHT LINE TO .......... | 1592424 | 315063 | ...... |
| BY ARC CENTERED AT .......... | 1595210 | 333090 | ...... |
| TO ................................... | 1591479 | 315235 | ...... |
| BY ARC CENTERED AT .......... | 1594075 | 333290 | ...... |
| TO ................................... | 1589694 | 315583 | ...... |
| BY ARC CENTERED AT .......... | 1593010 | 333520 | ...... |
| TO ................................... | 1589433 | 315634 | ...... |
| BY STRAIGHT LINE TO .......... | 1588108 | 315899 | ...... |
| BY ARC CENTERED AT .......... | 1591685 | 333785 | ...... |
| TO ................................... | 1585928 | 316477 | ...... |
| BY STRAIGHT LINE TO .......... | 1584286 | 317023 | ...... |
| BY STRAIGHT LINE TO .......... | 1582201 | 317563 | ...... |
| BY ARC CENTERED AT .......... | 1586780 | 335220 | ...... |
| TO ................................... | 1581596 | 317732 | ...... |
| BY STRAIGHT LINE TO .......... | 1576266 | 319312 | ...... |
| BY ARC CENTERED AT .......... | 1581450 | 336800 | ...... |
| TO ................................... | 1575360 | 319606 | ...... |
| BY STRAIGHT LINE TO .......... | 1570080 | 321476 | ...... |
| BY ARC CENTERED AT .......... | 1576170 | 338670 | ...... |
| TO ................................... | 1569889 | 321545 | ...... |
| BY STRAIGHT LINE TO .......... | 1565349 | 323210 | ...... |
| BY ARC CENTERED AT .......... | 1571630 | 340335 | ...... |
| TO ................................... | 1563529 | 323992 | ...... |
| BY STRAIGHT LINE TO .......... | 1563104 | 324202 | ...... |
| BY STRAIGHT LINE TO .......... | 1561073 | 324994 | ...... |
| BY ARC CENTERED AT .......... | 1567695 | 341990 | ...... |
| TO ................................... | 1558882 | 326020 | ...... |
| BY STRAIGHT LINE TO .......... | 1558879 | 326021 | ...... |
| BY ARC CENTERED AT .......... | 1564160 | 343480 | ...... |
| TO ................................... | 1556225 | 327056 | ...... |
| BY STRAIGHT LINE TO .......... | 1556066 | 327133 | ...... |
| BY STRAIGHT LINE TO .......... | 1553511 | 327894 | ...... |
| BY ARC CENTERED AT .......... | 1558720 | 345375 | ...... |
| TO ................................... | 1551769 | 328511 | ...... |
| BY STRAIGHT LINE TO .......... | 1549575 | 329415 | ...... |
| BY ARC CENTERED AT .......... | 1553840 | 347150 | ...... |
| TO ................................... | 1546081 | 330642 | ...... |

| | X | Y | |
|---|---|---|---|
| BY STRAIGHT LINE TO .......... | 1543911 | 331662 | ...... |
| BY ARC CENTERED AT .......... | 1551670 | 348170 | ...... |
| TO ................................. | 1541402 | 333094 | ...... |
| BY STRAIGHT LINE TO .......... | 1540011 | 333646 | ...... |
| BY ARC CENTERED AT .......... | 1546740 | 350600 | ...... |
| TO ................................. | 1537927 | 334630 | ...... |
| BY STRAIGHT LINE TO .......... | 1531757 | 337418 | ...... |
| BY ARC CENTERED AT .......... | 1539270 | 354040 | ...... |
| TO ................................. | 1530263 | 338178 | ...... |
| BY STRAIGHT LINE TO .......... | 1527498 | 339748 | ...... |
| BY ARC CENTERED AT .......... | 1536505 | 355610 | ...... |
| TO ................................. | 1526511 | 340351 | ...... |
| BY STRAIGHT LINE TO .......... | 1526495 | 340356 | ...... |
| BY ARC CENTERED AT .......... | 1532515 | 357575 | ...... |
| TO ................................. | 1523959 | 341466 | ...... |
| BY ARC CENTERED AT .......... | 1531240 | 358190 | ...... |
| TO ................................. | 1522813 | 342013 | ...... |
| BY STRAIGHT LINE TO .......... | 1516478 | 345313 | ...... |
| BY STRAIGHT LINE TO .......... | 1505572 | 350398 | ...... |
| BY ARC CENTERED AT .......... | 1513280 | 366930 | ...... |
| TO ................................. | 1504778 | 350792 | ...... |
| BY STRAIGHT LINE TO .......... | 1493968 | 356487 | ...... |
| BY ARC CENTERED AT .......... | 1502470 | 372625 | ...... |
| TO ................................. | 1493740 | 356609 | ...... |
| BY STRAIGHT LINE TO .......... | 1488240 | 359607 | ...... |
| BY STRAIGHT LINE TO .......... | 1483855 | 361809 | ...... |
| BY ARC CENTERED AT .......... | 1492040 | 378110 | ...... |
| TO ................................. | 1483320 | 362089 | ...... |
| BY STRAIGHT LINE TO .......... | 1481464 | 363099 | ...... |
| BY STRAIGHT LINE TO .......... | 1472522 | 367321 | ...... |
| BY STRAIGHT LINE TO .......... | 1464632 | 370389 | ...... |
| BY ARC CENTERED AT .......... | 1471240 | 387390 | ...... |
| TO ................................. | 1464433 | 370467 | ...... |
| BY STRAIGHT LINE TO .......... | 1461367 | 371700 | ...... |
| BY STRAIGHT LINE TO .......... | 1455041 | 373829 | ...... |
| BY STRAIGHT LINE TO .......... | 1449142 | 375498 | ...... |
| BY ARC CENTERED AT .......... | 1454105 | 393050 | ...... |
| TO ................................. | 1447394 | 376089 | ...... |
| BY STRAIGHT LINE TO .......... | 1443224 | 377739 | ...... |
| BY ARC CENTERED AT .......... | 1449935 | 394700 | ...... |
| TO ................................. | 1442769 | 377926 | ...... |
| BY STRAIGHT LINE TO .......... | 1437906 | 380003 | ...... |
| BY STRAIGHT LINE TO .......... | 1435142 | 381048 | ...... |
| BY STRAIGHT LINE TO .......... | 1431147 | 382502 | ...... |
| BY ARC CENTERED AT .......... | 1431465 | 400740 | ...... |
| TO ................................. | 1426148 | 383291 | ...... |
| BY STRAIGHT LINE TO .......... | 1423703 | 384036 | ...... |
| BY ARC CENTERED AT .......... | 1429020 | 401485 | ...... |

| | X | Y | |
|---|---|---|---|
| TO .................................. | 1421665 ...... | 384793 | ...... |
| BY STRAIGHT LINE TO .......... | 1421218 ...... | 384903 | ...... |
| BY ARC CENTERED AT .......... | 1425600 ...... | 402610 | ...... |
| TO .................................. | 1417428 ...... | 386302 | ...... |
| BY STRAIGHT LINE TO .......... | 1411695 ...... | 388054 | ...... |
| BY STRAIGHT LINE TO .......... | 1406675 ...... | 389181 | ...... |
| BY STRAIGHT LINE TO .......... | 1400158 ...... | 390267 | ...... |
| BY STRAIGHT LINE TO .......... | 1395815 ...... | 390681 | ...... |
| BY STRAIGHT LINE TO .......... | 1390919 ...... | 390971 | ...... |
| BY ARC CENTERED AT .......... | 1392000 ...... | 409180 | ...... |
| TO .................................. | 1390575 ...... | 390995 | ...... |
| BY STRAIGHT LINE TO .......... | 1386958 ...... | 390977 | ...... |
| BY STRAIGHT LINE TO .......... | 1385797 ...... | 390942 | ...... |
| BY STRAIGHT LINE TO .......... | 1383281 ...... | 390516 | ...... |
| BY ARC CENTERED AT .......... | 1380235 ...... | 408500 | ...... |
| TO .................................. | 1382827 ...... | 390444 | ...... |
| BY STRAIGHT LINE TO .......... | 1380530 ...... | 390115 | ...... |
| BY STRAIGHT LINE TO .......... | 1379793 ...... | 389887 | ...... |
| BY ARC CENTERED AT .......... | 1363392 ...... | 397870 | ...... |
| TO .................................. | 1364288 ...... | 379651 | ...... |
| BY STRAIGHT LINE TO .......... | 1363312 ...... | 379603 | ...... |
| BY ARC CENTERED AT .......... | 1362416 ...... | 397822 | ...... |
| TO .................................. | 1348021 ...... | 386619 | ...... |
| BY STRAIGHT LINE TO .......... | 1347740 ...... | 386685 | ...... |
| BY STRAIGHT LINE TO .......... | 1339580 ...... | 387874 | ...... |
| BY STRAIGHT LINE TO .......... | 1332311 ...... | 388694 | ...... |
| BY STRAIGHT LINE TO .......... | 1328041 ...... | 388886 | ...... |
| BY STRAIGHT LINE TO .......... | 1323345 ...... | 388897 | ...... |
| BY STRAIGHT LINE TO .......... | 1318624 ...... | 388814 | ...... |
| BY STRAIGHT LINE TO .......... | 1313961 ...... | 388548 | ...... |
| BY STRAIGHT LINE TO .......... | 1309176 ...... | 388114 | ...... |
| BY STRAIGHT LINE TO .......... | 1299212 ...... | 386972 | ...... |
| BY STRAIGHT LINE TO .......... | 1294264 ...... | 386189 | ...... |
| BY ARC CENTERED AT .......... | 1291413 ...... | 404205 | ...... |
| TO .................................. | 1298948 ...... | 386141 | ...... |
| BY STRAIGHT LINE TO .......... | 1288689 ...... | 385403 | ...... |
| BY ARC CENTERED AT .......... | 1286154 ...... | 403467 | ...... |
| TO .................................. | 1288273 ...... | 385350 | ...... |
| BY STRAIGHT LINE TO .......... | 1282879 ...... | 384719 | ...... |
| BY ARC CENTERED AT .......... | 1280760 ...... | 402836 | ...... |
| TO .................................. | 1282343 ...... | 384664 | ...... |
| BY STRAIGHT LINE TO .......... | 1277050 ...... | 384203 | ...... |
| BY ARC CENTERED AT .......... | 1275467 ...... | 402375 | ...... |
| TO .................................. | 1276974 ...... | 384197 | ...... |
| BY STRAIGHT LINE TO .......... | 1266567 ...... | 383334 | ...... |
| BY STRAIGHT LINE TO .......... | 1261754 ...... | 382855 | ...... |
| BY STRAIGHT LINE TO .......... | 1256845 ...... | 382176 | ...... |
| BY STRAIGHT LINE TO .......... | 1252082 ...... | 381444 | ...... |

| | | X | Y | |
|---|---|---|---|---|
| BY STRAIGHT LINE TO | .......... | 1247120 | ...... 380489 | ...... |
| BY ARC CENTERED AT | .......... | 1243670 | ...... 398400 | ...... |
| TO | .......................... | 1246626 | ...... 380401 | ...... |
| BY STRAIGHT LINE TO | .......... | 1243866 | ...... 379947 | ...... |
| BY STRAIGHT LINE TO | .......... | 1240511 | ...... 379144 | ...... |
| BY STRAIGHT LINE TO | .......... | 1238894 | ...... 378640 | ...... |
| BY STRAIGHT LINE TO | .......... | 1234692 | ...... 377218 | ...... |
| BY ARC CENTERED AT | .......... | 1228846 | ...... 394497 | ...... |
| TO | .......................... | 1233981 | ...... 376994 | ...... |
| BY ARC CENTERED AT | .......... | 1225768 | ...... 393281 | ...... |
| TO | .......................... | 1230677 | ...... 375713 | ...... |
| BY STRAIGHT LINE TO | .......... | 1229077 | ...... 374980 | ...... |
| BY ARC CENTERED AT | .......... | 1219065 | ...... 390227 | ...... |
| TO | .......................... | 1227371 | ...... 373987 | ...... |
| BY STRAIGHT LINE TO | .......... | 1226185 | ...... 373381 | ...... |
| BY STRAIGHT LINE TO | .......... | 1227214 | ...... 367277 | ...... |
| BY ARC CENTERED AT | .......... | 1209227 | ...... 364245 | ...... |
| TO | .......................... | 1214918 | ...... 346915 | ...... |
| BY STRAIGHT LINE TO | .......... | 1213304 | ...... 346385 | ...... |

3. The United States is not entitled, as against the State of Louisiana, to any interest in the lands, minerals or natural resources described in paragraph 1 hereof, with the exceptions provided by § 5 of the Submerged Lands Act, 67 Stat. 32, 43 U. S. C. § 1313 (1964 ed.).

4. Pending further order of the Court or agreement of the parties, leases of lands lying partly within the area above described and partly seaward of that area shall be in no way affected by anything contained in this decree, and revenues derived from such leases shall remain subject to impoundment under the Interim Agreement of October 12, 1956, as amended, in the same manner as heretofore.

5. All sums now held impounded by the State of Louisiana or the United States under the Interim Agreement of October 12, 1956, as amended, derived from leases of lands wholly within areas referred to in paragraph 1 hereof are hereby released to the State of Louisiana absolutely, and the State of Louisiana is relieved of any obligation under said agreement to impound any sums hereafter received by it from leases

32

of lands lying wholly within said area and the State of Louisiana is and shall be entitled to lease lands wholly within said areas and to directly receive any sums hereafter derivable therefrom.

6. Nothing in this decree or the proceedings leading to it shall prejudice any rights, claims or defenses of the United States or the State of Louisiana with respect to the remainder of the disputed area or past or future payments derived therefrom or attributable thereto or the operation of the Interim Agreement of October 12, 1956, as amended, with respect to such remaining disputed area and payments. Nor shall anything in this decree nor in the proceedings leading to it prejudice any rights, claims or defenses of the State of Louisiana as to its maritime lateral boundaries with the States of Mississippi and Texas, which boundaries are not at issue in this litigation.

7. The Court retains jurisdiction to entertain such further proceedings, enter such orders and issue such writs as may from time to time be deemed necessary or advisable to give proper force and effect to its previous orders or decrees herein or to this decree or to effectuate the rights of the parties in the premises.